Submitted on briefs October 28, affirmed November 5, petition for rehearing denied December 7, 1971, petition for review denied January 18, 1972

STATE OF OREGON, *Respondent, v.* GEORGE WESLEY STORMS (Cr. 4444), *Appellant.*

489 P2d 1152

Oscar D. Howlett, Portland, for appellant.

Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED WITHOUT OPINION.